**ARNOLD & PORTER KAYE SCHOLER LLP**
Anthony Boccanfuso
anthony.boccanfuso@apks.com
250 West 55th Street
New York, NY  10019-9710
Tel:  212.836.8000 / Fax:  213.836.8689

**ARNOLD & PORTER KAYE SCHOLER LLP**
Ronald L. Johnston (CA SBN 057418)
ronald.johnston@apks.com
Elizabeth St. John (CA SBN 267655)
elizabeth.stjohn@apks.com
Mark R. Sweich (CA SBN 311601)
mark.sweich@apks.com
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Tel:  213.243.4000 / Fax:  213.243.4199

*Attorneys for Creditor SIFY Technologies Limited*


UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | x | Chapter 7 |
| | : | |
| MAHENDRA B. SHAH, | : | Case No. 8-17-70290-REG |
| | : | |
| Debtor | : | |
| | x | |


## <u>NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE</u>

**PLEASE TAKE NOTICE** that pursuant to Rule 9010(b) of the Federal Rules of

Bankruptcy Procedure, Creditor Sify Technologies Limited ("SIFY"), by its counsel, Arnold &

Porter Kaye Scholer LLP, hereby gives notice of its appearance in the above-referenced action

and does hereby request that all notices required to be given under Bankruptcy Rule 2002,

including notices under Bankruptcy Rule 2002(i), and all papers served or required to be served

in this case and any related adversary proceeding, be given to and served as follows:

**ARNOLD & PORTER KAYE SCHOLER LLP**
Anthony Boccanfuso
anthony.boccanfuso@apks.com
250 West 55th Street
New York, NY  10019-9710
Tel:  212.836.8000 / Fax:  213.836.8689

**ARNOLD & PORTER KAYE SCHOLER LLP**
Ronald L. Johnston (CA SBN 057418)
ronald.johnston@apks.com
Elizabeth St. John (CA SBN 267655)
elizabeth.stjohn@apks.com
Mark R. Sweich (CA SBN 311601)
mark.sweich@apks.com
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Tel:  213.243.4000 / Fax:  213.243.4199

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all notices

and papers of any applications, motions, order, complaints, demands, hearings, requests or

petitions, answering or reply papers, memoranda and briefs in support of the foregoing,

disclosure statements, plans of reorganization, or any other document brought before this Court

with respect to this Case, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, delivery, telephone, facsimile, electronic transmission or

otherwise.  The Clerk of the Court is requested to place the undersigned attorney on any Master

Service List in this case.

This Request for Notice shall not constitute or be deemed or construed to be (1) a

submission to the jurisdiction of this Court, by SIFY, (2) a waiver of SIFY's right to contend that

jurisdiction or venue in this Court with respect to any matter or proceeding is improper or

inappropriate, or (3) a waiver of any other right of SIFY, including, without limitation, with

respect to service of process.  SIFY submits this Request for Notice is without prejudice to or

waiver of any rights or defenses it may have, including without limitation, jurisdictional,

substantive or procedural rights and remedies in connection with the above-captioned adversary

proceeding, all of which are expressly reserved, including, without limitation, in respect to

personal jurisdiction and service of process.


Dated:    February 1, 2017.

                    **ARNOLD & PORTER KAYE SCHOLER LLP**


                    By: ____/s/ Anthony Boccanfuso_____

                         Anthony Boccanfuso
                         250 West 55th Street
                         New York, NY  10019-9710
                         Tel:  212.836.8000 / Fax:  213.836.8689

                         Ronald L. Johnston
                         Elizabeth St. John
                         Mark R. Sweich
                         777 South Figueroa Street, 44th Floor
                         Los Angeles, California  90017-5844
                         Tel:  213.243.4000 / Fax:  213.243.4199

                         *Attorneys for Creditor*
                         *SIFY Technologies Limited*

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                 ) ss
COUNTY OF NASSAU      )

I, ANTHONY BOCCANFUSO, being duly sworn, depose and state:

1.         I am an attorney with the law firm of Arnold & Porter Kaye Scholer LLP, attorneys for Creditor SIFY Technologies Limited, in the above-captioned matter.  My business address is 250 West 55th Street, New York, NY 10019-9710.

2.         On February 1, 2017, I caused a true and correct copy of the foregoing document described as **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** to be served upon the respective parties identified in the Master Mailing List attached hereto as Exhibit A by first-class mail.

/s/ Anthony Boccanfuso
Anthony Boccanfuso

## SERVICE LIST

| **Debtors**<br>Mahendra Shah<br>39 Capitol Avenue<br>Williston Park, NY 11596 | **Trustee**<br>Kenneth P. Silverman<br>Silverman Acampora LLP<br>100 Jericho Quadrangle<br>Suite 300<br>Jericho, NY  11753 |
|---|---|
| **Counsel to Debtors**<br>Stuart P. Gelberg<br>600 Old Country Road<br>Suite 410<br>Garden City, NY 11530-2009 | United States Trustee<br>Office of US Trustee<br>560 Federal Plaza, Room 560<br>Central Islip, NY  11722-4437 |